AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

SEALED

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KISHAUN ANDRE JONES | ) Case No. |
| | ) 2:24-mj-00147 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 3, 2024__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody Resulting from Conviction |

This criminal complaint is based on these facts:

On or about Augst 3, 2024, at or near St. Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, Kishaun Andre Jones, did knowingly escape from custody in Dismas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of West Virginia upon upon conviction  (Continued on next page)

☑ Continued on the attached sheet.

*Complainant's signature*

Jared M. Payne, Deputy United States Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: Aug 23, 2024

*Judge's signature*

City and state:     Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

(Continued)

for the commission of distribution of methamphetamine, in violation of Title 21 United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 751.