UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:25-cr-00021

KISHAUN ANDRE JONES

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On February 13, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Indictment charges the Defendant with knowingly escaping from the custody of a facility in which the Defendant was lawfully confined by virtue of a judgment and commitment upon a felony conviction, in violation of 18 U.S.C. § 751(a). [Doc. 17]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 13, 2025. [Doc. 30]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 6]. Objections in this case were due on March 3, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 30]**. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   March 7, 2025



Frank W. Volk
Chief United States District Judge